**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

No. 15-1906

———

BARRY NAKELL,

                    Respondent - Appellant,

          v.

JOHN M. BARTH, SR.,

                    Respondent - Appellee.

———

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge.  (5:14-cv-00236-F)

———

Submitted:  April 29, 2016          Decided:  May 11, 2016

Amended: July 19, 2016

———

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Matthew Nis Leerberg, SMITH MOORE LEATHERWOOD LLP, Raleigh, North
Carolina, for Appellant.  Michael J. Small, David B. Goroff, Licyau
Wong, FOLEY & LARDNER LLP, Chicago, Illinois; Reginald B.
Gillespie, Jr., N. Hunter Wyche, Jr., WILSON & RATLEDGE, PLLC,
Raleigh, North Carolina, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry Nakell appeals the district court's order assessing fees and costs pursuant to 28 U.S.C. § 1927 (2012), against him for unreasonably multiplying the proceedings in an action in a bankruptcy case. We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Nakell v. Barth</u>, No. 5:14-cv-00236-F (E.D.N.C. July 10, 2015). We grant Barth's motion to submit the case on the briefs and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>